## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is **GRANTED.** The case is **REMANDED** to the Superior Court. The Superior Court is to consider *Commonwealth v. Nolan,* 579 Pa. 300, 855 A.2d 834, 839 n. 7 (2004). Jurisdiction relinquished.

Justice SAYLOR files a Dissenting Statement.

Justice SAYLOR, dissenting.

I respectfully dissent, as I believe that the facts of this case are materially distinguishable from those before the Court in *Commonwealth v. Nolan,* 579 Pa. 300, 855 A.2d 834, 839 (2004); *Nolan's* footnote 7 is *dictum* in any event, since that case concerned the application of a prior version of Section 110; and the trial court opinion in this case, adopted by the Superior Court, contains an extensive discussion of the "occur[rence] within the same judicial district" term of Section 110. At this juncture, I offer no comment on the merits; I merely believe that the majority's present order is likely to cause confusion, in light of the above considerations.

**Stanley Jay SHANNON, Appellee,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.**

Supreme Court of Pennsylvania.

May 8, 2007.

Timothy P. Wile, Esq., Harold Cramer, Esq., Harrisburg, for Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing.

Stanley Shannon, *pro se.*

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of May, 2007, the Order of the Court of Common Pleas of Cumberland County is REVERSED based upon this Court's decisions in *Commonwealth v. Mockaitis,* 575 Pa. 5, 834 A.2d 488 (2003) and *McGrory v. PennDOT,* —— Pa. ——, 915 A.2d 1155 (2007).

**Serena M. FARLING, Appellee,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.**

Supreme Court of Pennsylvania.

May 8, 2007.

Harold H. Cramer, Esq., Timothy Peter Wile, Esq., Harrisburg, for Bureau of Driver Licensing.

Paul Bradford Orr, Esq., Carlisle, for Serena Farling.

### ORDER

PER CURIAM.

AND NOW, this 8th day of May, 2007, the Order of the Court of Common Pleas of Cumberland County is REVERSED based upon this Court's decisions in *Commonwealth v. Mockaitis,* 575 Pa. 5, 834 A.2d 488 (2003) and *McGrory v. Penn-DOT,* —— Pa. ——, 915 A.2d 1155 (2007).

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Konrad L. CRIST, Petitioner.**

Supreme Court of Pennsylvania.

May 21, 2007.

### ORDER

PER CURIAM.

The Petition for Allowance of Appeal is hereby GRANTED. The Order the Superior Court vacating the Judgment of Sentence of the trial court is REVERSED pursuant to the decision of this Court in *Commonwealth v. Ravah Dickson,* —— Pa. ——, 918 A.2d 95 (2007).

**PENNSY SUPPLY, INC., Appellant**

**v.**

**Robert M. MUMMA, II, Kimbob Inc. and Caco Three Inc. d/b/a McDermitt Concrete, Inc., Appellees.**

**Pennsy Supply, Inc., Appellant**

**v.**

**Robert M. Mumma, II, Kimbob Inc. and Caco Three Inc. d/b/a McDermitt Concrete, Inc., Appellees.**

**Pennsy Supply, Inc., Appellee**

**v.**

**Robert M. Mumma, II, Kimbob Inc. and Caco Three Inc. d/b/a McDermitt Concrete, Inc.,**

**Appeal of Robert M. Mumma, II, Appellant.**

**Pennsy Supply, Inc., Appellee**

**v.**

**Robert M. Mumma, II, Kimbob Inc. and Caco Three Inc. d/b/a McDermitt Concrete, Inc., Appellants.**

Superior Court of Pennsylvania.

Argued Nov. 15, 2006.

Filed March 20, 2007.